# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| **No. 15-1355** | **September Term, 2015** |
| | FERC-ER14-1470-001 |
| | FERC-ER14-1470-000 |
| | **Filed On: December 18, 2015** [1589586] |

NextEra Energy Resources, LLC,

      Petitioner

      v.

Federal Energy Regulatory Commission,

      Respondent

------------------------------

Ameren Ilinois Company and Midcontinent
Independent System Operator, Inc.,
      Intervenors

## O R D E R

Upon consideration of the motions for leave to intervene and the motion to hold case in abeyance, it is

**ORDERED** that the motions be granted, and this case is hereby held in abeyance pending further order of the court.

The Federal Energy Regulatory Commission is directed to file status reports at 60-day intervals beginning February 16, 2016.

The parties are directed to file motions to govern future proceedings in this case within 30 days of the completion of the agency proceedings.

                                              **FOR THE COURT:**
                                              Mark J. Langer, Clerk

                                BY:    /s/
                                              Mark A. Butler
                                              Deputy Clerk